**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** v. [1] RAMON ANTONIO VEGA-ORTIZ, **Defendant.** | **CRIMINAL NO.** 21-350 (ADC) |

**UNITED STATES' MOTION TO SET ASIDE PRELIMINARY ORDER OF FORFEITURE AND CANCEL CAUTIONARY NOTICE AS TO PROP NUMBER 30920**

TO THE HONORABLE COURT:

COMES NOW, the United States of America to state and request as follows:

1. On January 25, 2022, the Court issued an Order for Cautionary Notice as to a property located at Coto Laurel Ward in the municipality of Ponce, PR, that is, Property No. 30920, recorded at page 126 of volume 1095 of Ponce Norte, Registry of the Property of Ponce, First Section. *See* Docket No. 44.

2. The United States will no longer pursue the forfeiture of Property No. 30920 and requests the Court to set aside the Preliminary Order of Forfeiture as to Property No. 30920.

3. The United States also requests an order to cancel the Cautionary Notice as to Property Number 30920.

1

*Criminal No. 21-350 (ADC)*

WHEREFORE, it is respectfully requested that this Honorable Court set aside the Preliminary Order of Forfeiture and cancel the Cautionary Notice as to Property Number 30920.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 19th day of February 2026.

W. STEPHEN MULDROW
United States Attorney

*s/Daniel J. Olinghouse*
Daniel J. Olinghouse
Assistant United States Attorney
USDC-PR No. G03009
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
(787) 766-5656
Daniel.Olinghouse2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 19th day of February 2026.

*s/Daniel J. Olinghouse*
Daniel J. Olinghouse
Assistant United States Attorney

2