# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    **Plaintiff,**

      v.

[1] RAMON ANTONIO VEGA-ORTIZ,
    **Defendant.**

**CRIMINAL NO.** 21-350 (ADC)

## ORDER

Upon the United States' Request to Dissolve the cautionary notice issued as to Property Number 30920, and after having been duly advised of all the facts, and after due deliberation, the Court ORDERS, ADJUDGES, AND DECREES that the Cautionary Notice is CANCELED.   The Court FURTHER ORDERS the Property Registrar of Ponce of the Commonwealth of Puerto Rico, to cancel the Cautionary Notice [Docket No. 44] from the records of the Registry as to the real property herein described:

> All right, title, and interest in real property located at Urb. El Monte 46 Calle C, Ponce, Puerto Rico, with postal address, Urb Glenview Garden Calle Estancia A41, Ponce, Puerto Rico, including all buildings, appurtenances, and improvements:

> URBAN: Lot identified with the number 46 in the inscription survey of El Monte Development, located at Coto Laurel Ward in the municipality of Ponce, with a superficial area of 2010.66 square meters, with the following boundaries: by the NORTH, in 40.01 lineal meters with Street "C" of the development; by the SOUTH, in 33.50 lineal meters, with other properties; by the EAST, in 50.00 lineal meters with lot number 47; and by the WEST, in 60.03 lineal

1

*Criminal No. 21-350-001 (ADC)*

meters, with lot number 45 of the same development. On said lot enclave a concrete house dedicated to housing.

Property Number 30920, recorded at page 126 of volume 1095 of Ponce Norte. Registry of the Property of Ponce, First Section.

The Clerk is directed to send copies of this Order to all counsel of record, the Drug Enforcement Administration (DEA) and the United States Marshals Service (USMS).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, on this 21st day of May 2026.

*s/Aida M. Delgado-Colón*
AIDA M. DELGADO-COLON
United States District Judge

2