## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff,**<br><br>v.<br><br>[1] RAMON ANTONIO VEGA-ORTIZ,<br>**Defendant.** | **CRIMINAL NO.** 21-350 (ADC) |

## ORDER

Upon the United States' Request to Dissolve the cautionary notice issued as to Property Number 34692, and after having been duly advised of all the facts, and after due deliberation, the Court ORDERS, ADJUDGES, AND DECREES that the Cautionary Notice is CANCELED.  The Court FURTHER ORDERS the Property Registrar of Ponce of the Commonwealth of Puerto Rico, to cancel the Cautionary Notice [Docket No. 44] from the records of the Registry as to the real property herein described:

> All right, title, and interest in real property located at Calle 8, Urb. Extension La Rambla 589A, Ponce, PR, including all buildings, appurtenances, and improvements:
>
> URBAN: Lot located in front of Street Number 8 of La Rambla Development, in the Municipality of Ponce, Puerto Rico, with an area of 479.77 square meters. Its boundaries area, by the NORTH, in 16.00 meters with Street Number 8; by the SOUTH in 16.00 meters, with a lot property of David Lugo; by the EAST, in 29.98 meters, with lot number 2 as describe in the Planification Board report; by the WEST, in 30.00 meters with a lot own before by Hilton Yahes Dick, today of Hilda Yahes Dick. On said lot enclave

1

*Criminal No. 21-350-001 (ADC)*

a two-story house of reinforced concrete house and blocks, on first floor: doble driveway, closet, water heater, foyer, living room, dining room, equipped kitchen, oven, waste shredder, food extractor, hood, laundry, family room, covered terrace, bathroom for service and bathroom for visit. Second Floor, four bedrooms with closets, two bathrooms, linen closets, and open terrace on top of driveway.

Property Number 34692, recorded at page 257 of volume 1227 of Ponce Norte, Registry of Property of Ponce, First Section.

The Clerk is directed to send copies of this Order to all counsel of record, the Drug Enforcement Administration (DEA) and the United States Marshals Service (USMS).

**IT IS SO ORDERED.**

In  San Juan, Puerto Rico, on this 21st day of May 2026.

*s/Aida M. Delgado-Colón*

AIDA M. DELGADO-COLON
United States District Judge

2